**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WILEY Y. DANIEL**

---

| | | | |
|---|---|---|---|
| Date: | August 19, 2015 | Probation: | Gary Kruck |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| E.C.R./Reporter: | Mary George | | |

---

Criminal Case No:  **14-cr-00404-WYD**          Counsel:

UNITED STATES OF AMERICA,                    Daniel E. Burrows

          Plaintiff,

v.

**1.  ERNIE ATCHLEY**,                              Brian R. Leedy

          Defendant.

---

**SENTENCING**

---

**3:05 p.m.**      Court in Session - Defendant present, on-bond.

> **Change of Plea Hearing - Tuesday, March 17, 2015, at 4:00 p.m.
> Plea of Guilty - Count six of Indictment.**

APPEARANCES OF COUNSEL.

Court's opening remarks.

3:15 p.m.      Statement and argument on behalf of Defendant (Mr. Leedy).

3:32 p.m.      Statement on behalf of Probation (Mr. Kruck).

3:36 p.m.      Statement and argument on behalf of Government (Mr. Burrows).

3:46 p.m.      Statement by Defendant on his own behalf (Mr. Atchley).

3:51 p.m.        Statement on behalf of Probation (Mr. Kruck).

3:52 p.m.        Statement on behalf of Defendant (Mr. Leedy).

3:52 p.m.        Statement by Defendant on his own behalf (Mr. Atchley).

3:55 p.m.        Statement on behalf of Defendant (Mr. Leedy).

3:59 p.m.        Statement on behalf of Government (Mr. Burrows).

4:00 p.m.        Statement on behalf of Probation (Mr. Kruck).

4:03 p.m.        Statement on behalf of Government (Mr. Burrows).

                 Court makes findings.

**ORDERED:**   Defendant's Motion for a Variant Sentence [ECF Doc. No. 33], filed August 5, 2015, is **GRANTED IN PART and DENIED IN PART.**  The motion is **GRANTED** to the extent it seeks a variant sentence and **DENIED** to the extent it seeks probation.

**ORDERED:**   Government's Motion for Guideline Adjustment [ECF Doc. No. 37], filed August 13, 2015, is **GRANTED.**

                 Order is **APPROVED BY THE COURT.**

**ORDERED:**   Defendant be **imprisoned** for **15** months.

**ORDERED:**   Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3** years.

**ORDERED:**   **Conditions** of **Supervised Release** are:

    (X)        Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.

    (X)        Defendant shall not commit another federal, state or local crime.

    (X)        Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

    (X)        Defendant shall comply with standard conditions adopted by the Court.

(X)      Because this sentence imposes restitution, it is a condition of supervision that the defendant pay in accordance with the Schedule of Payments sheet set forth in the judgment.

(X)      The Court waives the mandatory drug testing provision of 18 U.S.C. § 3583(d), because the presentence report indicates a low risk of future substance abuse by the defendant.

(X)      The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer.

**ORDERED:**      **Special Condition(s)** of **Supervised Release** are:

1.      The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the periodic payment obligations imposed pursuant to the Court's judgment and sentence.

2.      As directed by the probation officer, the defendant shall apply any monies received from income tax refunds, lottery winnings, inheritances, judgments, and any anticipated or unexpected financial gains to the outstanding court-ordered financial obligation in this case.

**ORDERED:**      Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately.

**ORDERED:**      **No fine** is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision.

**ORDERED:**      The defendant shall make restitution to the victims and in the amounts indicated in the presentence report.  Each victim shall receive an approximately proportional payment based on the victim's share of the total loss.  ***The Court has determined that the defendant does not have the ability to pay interest, and it is ordered that the interest requirement is waived for the restitution.***

     Any unpaid restitution balance upon release from incarceration shall be paid in monthly installment payments during the term of supervised release. The monthly installment payment will be calculated as at least 10 percent of the defendant's gross monthly income.

**ORDERED:**      The Court orders that the defendant's bond is continued and the defendant, ERNIE ATCHLEY, is ordered to surrender to the institution designated by the Bureau of Prisons within 15 days from the date of designation.

**Court RECOMMENDS that the Bureau of Prisons place the defendant at the Federal Prison Camp in Englewood, CO.**

**ORDERED:**   Defendant advised of right to appeal the sentence imposed by the Court.  Any notice of appeal must be filed within fourteen (14) days.  Defendant advised of right to appeal in forma pauperis.

**ORDERED:**   Government's Motion to Dismiss [ECF Doc. No. 36], filed August 13, 2015, is **GRANTED.**

Order Dismissing Certain Counts of the Indictment is **APPROVED BY THE COURT.**

The court finds that defendant **is not** likely to flee or be a danger to self or others and it is **ORDERED**:  **BOND CONTINUED.**

**4:12 p.m.**   Court in Recess - HEARING CONCLUDED.

**TOTAL TIME: 1:07**